PATRICK H. HICKS, ESQ.
Nevada Bar No. 4632
MICHAEL D. DISSINGER, ESQ.
Nevada Bar No. 15208
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone: 702.862.8800
Facsimile:   702.862.8811
phicks@littler.com
mdissinger@littler.com

Attorneys for Defendant
ALLEGIANT AIR, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RAFAEL SUAREZ, an individual, | Case No. 2:25-cv-01677-JAD-NJK |
| Plaintiff, | **Stipulation and Order to Dismiss Action with Prejudice** |
| v. | |
| ALLEGIANT   AIR,   LLC,   a   domestic professional corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive, | ECF No. 16 |
| Defendants. | |

Plaintiff, RAFAEL SUAREZ ("Plaintiff"), and Defendant, ALLEGIANT AIR, LLC ("Defendant") (collectively herein the "Parties"), hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice, each party to bear its own attorneys' fees and costs.

The Parties submit the instant Stipulation pursuant to their agreement for global resolution of this action. The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

/ / /

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

Accordingly, the Parties respectfully request the Court grant the instant Stipulation, dismiss the action with prejudice, and close the case.

Dated: April 10, 2026

MAIER GUTIERREZ & ASSOCIATES

By: */s/ Danielle J. Barraza*
    Jason R. Maier, Esq.
    Danielle J. Barraza, Esq.

Attorney for Plaintiff
RAFAEL SUAREZ

Dated: April 10, 2026

LITTLER MENDELSON, P.C.

By: */s/ Michael D. Dissinger*
    Patrick H. Hicks, Esq.
    Michael D. Dissinger, Esq.

Attorneys for Defendant
ALLEGIANT AIR, LLC

**ORDER**

Based on the parties' stipulation [ECF No. 16] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT JUDGE
April 17, 2026

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

2